(117 So. 176)
### LOUISVILLE & NASHVILLE R. CO. v. Clara COPELAND, pro ami.
### (8 Div. 17.)

Supreme Court of Alabama. May 17, 1928.

Appeal from Circuit Court, Limestone County; O. Kyle, Judge.

Sanders & Woodruff and J. G. Rankin, all of Athens, for appellant.

R. E. Smith and Watts & White, all of Huntsville, and Fred Wall, of Athens, for appellee.

THOMAS, J. This cause is affirmed conditionally on the authority of L. & N. R. R. Co. v. Crick, ante, p. 547, 117 So. 167.

If, within 30 days, plaintiff enters a remittitur of $400, on the records of this court, the judgment for the balance of $600, with interest from date of judgment in the court below (but without the statutory penalty of 10 per centum), will be affirmed. Otherwise, the verdict and judgment will be set aside, and the cause remanded for another trial.

Affirmed conditionally.

ANDERSON, C. J., and SOMERVILLE and BROWN, JJ., concur.